HORTON ET AL., APPELLANTS, *v.* ADDY ET AL., APPELLEES.

[Cite as *Horton v. Addy* (1994), 69 Ohio St.3d 181.]

(No. 93–592—Submitted March 30, 1994—Decided May 4, 1994.)

*E.S. Gallon & Associates* and *David M. Deutsch,* for appellants.

*Freund, Freeze & Arnold, Patrick J. Janis* and *Fredric L. Young,* for appellees.

*Wolske & Blue* and *Gerald S. Leeseberg,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Frost & Jacobs, Grant S. Cowan* and *Gregory A. Keyser,* urging affirmance for *amicus curiae,* Ohio Association of Civil Trial Attorneys.

*Lang & Donoff, Marilyn R. Donoff* and *Paul W. Mills,* urging affirmance for *amici curiae,* Auto Club Insurance Company and Nevin Gross.

The judgment of the court of appeals is vacated and the appeal is dismissed for want of a final appealable order. The cause is remanded to the trial court for further proceedings.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.